Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−13479−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn Sentmanat
   36 Burnham Drive
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7229

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 04/28/2021 and a confirmation hearing on such Plan has been scheduled for 07/28/2021.

The debtor filed a Modified Plan on 07/21/2021 and a confirmation hearing on the Modified Plan is scheduled for 08/25/2021@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 22, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13479-MBK |
| Marilyn Sentmanat | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 22, 2021 | Form ID: 186 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn Sentmanat, 36 Burnham Drive, Fords, NJ 08863-1044 |
| 519195252 | + | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519217571 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519195253 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 519237897 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519195255 | + | Comenity CB/ Tile Shop, PO Box 182120, Columbus, OH 43218-2120 |
| 519254579 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519195257 | + | Edison Metuchen Ortho Group, 10 Parsonage Road, Ste 500, PO Box 538, Edison, NJ 08837-2475 |
| 519195258 | + | FCC Finance LLC, 17000 N Dallas Parkway, Suite 120, Dallas, TX 75248-1944 |
| 519195260 | + | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 519195259 | + | Hospital Associates, Inc, Po Box 4363, Warren, NJ 07059-0363 |
| 519229824 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519195263 | + | Middlesex Emergency Physicians, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519240839 | | Middlesex Emergency Physicians, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 519248698 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 519213216 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519195266 | + | Regions Bank/Greensky, 1797 N East Expy NE, Atlanta, GA 30329-7803 |
| 519195267 | + | Service Finance Company LLC, 555 S Federal Hwy, Suite 20, Boca Raton, FL 33432-6033 |
| 519195271 | + | Team Health, 265 Brookview Centre Way, Knoxville, TN 37919-4049 |
| 519213146 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519195274 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2021 20:29:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519195262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2021 20:29:52 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519203899 | | Email/Text: mrdiscen@discover.com | Jul 22 2021 20:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519195256 | + | Email/Text: mrdiscen@discover.com | Jul 22 2021 20:25:00 | Discover Financial Serv, LLC, Po Box 15316, Wilmington, DE 19850-5316 |
| 519205941 | + | Email/Text: csr@fccfinance.com | Jul 22 2021 20:25:00 | FCC Finance LLC, as servicer for, WF Hil 2017-2 Grantor Trust, PO Box 795489, Dallas, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75379-5489 |
| 519248679 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 22 2021 20:25:00 | Greensky,LLC, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 519248473 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2021 20:25:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519195261 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 22 2021 20:29:44 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519195264 | + | Email/PDF: pa_dc_claims@navient.com | Jul 22 2021 20:29:52 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 519241280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2021 20:29:57 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519248867 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2021 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519195265 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 22 2021 20:25:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519247679 | | Email/Text: lhunsaker@sofi.org | Jul 22 2021 20:25:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519195268 | | Email/Text: lhunsaker@sofi.org | Jul 22 2021 20:25:00 | Sofi Lending Corp, 2750 East Cottonwood Pkwy, Suite 300, Salt Lake City, UT 84121 |
| 519195269 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 20:29:44 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519195270 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 20:29:44 | Syncb/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519197056 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 20:29:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519195272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2021 20:29:46 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519228089 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 20:25:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519195273 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 20:25:00 | US Bank, Po Box 790179, Saint Louis, MO 63179 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519195254 | | Bruce C. Truesdale, P.C., 147 Union Avenue, Suite 1E |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: 186 | Total Noticed: 43 |

Date: Jul 24, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Bruce C. Truesdale
on behalf of Debtor Marilyn Sentmanat brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4