Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  21−13479−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn Sentmanat
   36 Burnham Drive
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7229

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 30, 2021.


Dated: August 30, 2021
JAN: wir

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-13479-MBK

Marilyn Sentmanat  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Aug 30, 2021      Form ID: plncf13      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn Sentmanat, 36 Burnham Drive, Fords, NJ 08863-1044 |
| 519195252 | + | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519217571 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519195253 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 519237897 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519195255 | + | Comenity CB/ Tile Shop, PO Box 182120, Columbus, OH 43218-2120 |
| 519254579 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519195257 | + | Edison Metuchen Ortho Group, 10 Parsonage Road, Ste 500, PO Box 538, Edison, NJ 08837-2475 |
| 519195258 | + | FCC Finance LLC, 17000 N Dallas Parkway, Suite 120, Dallas, TX 75248-1944 |
| 519195260 | + | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 519195259 | + | Hospital Associates, Inc, Po Box 4363, Warren, NJ 07059-0363 |
| 519229824 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519195263 | + | Middlesex Emergency Physicians, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519240839 | | Middlesex Emergency Physicians, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 519248698 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 519213216 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519195266 | + | Regions Bank/Greensky, 1797 N East Expy NE, Atlanta, GA 30329-7803 |
| 519195267 | + | Service Finance Company LLC, 555 S Federal Hwy, Suite 20, Boca Raton, FL 33432-6033 |
| 519195271 | + | Team Health, 265 Brookview Centre Way, Knoxville, TN 37919-4049 |
| 519213146 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519195274 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2021 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2021 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519195262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:34 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519203899 | | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519195256 | + | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover Financial Serv, LLC, Po Box 15316, Wilmington, DE 19850-5316 |
| 519205941 | + | Email/Text: csr@fccfinance.com | Aug 30 2021 20:14:00 | FCC Finance LLC, as servicer for, WF Hil 2017-2 Grantor Trust, PO Box 795489, Dallas, TX |

Case 21-13479-MBK   Doc 27   Filed 09/01/21   Entered 09/02/21 00:12:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 30, 2021 | Form ID: plncf13 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 75379-5489 |
| 519248679 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 30 2021 20:14:00 | Greensky,LLC, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 519248473 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2021 20:14:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519195261 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 30 2021 20:16:22 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519195264 | + | Email/PDF: pa_dc_claims@navient.com | Aug 30 2021 20:15:53 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 519241280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2021 20:15:53 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519248867 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2021 20:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519195265 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2021 20:14:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519247679 | | Email/Text: lhunsaker@sofi.org | Aug 30 2021 20:14:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519195268 | | Email/Text: lhunsaker@sofi.org | Aug 30 2021 20:14:00 | Sofi Lending Corp, 2750 East Cottonwood Pkwy, Suite 300, Salt Lake City, UT 84121 |
| 519195269 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:15:52 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519195270 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:15:52 | Syncb/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519197056 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:16:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519195272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:43 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519228089 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 30 2021 20:14:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519195273 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 30 2021 20:14:00 | US Bank, Po Box 790179, Saint Louis, MO 63179 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519195254 | | Bruce C. Truesdale, P.C., 147 Union Avenue, Suite 1E |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: plncf13 | Total Noticed: 43 |

Date: Sep 01, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:**

**Name**           **Email Address**

Albert Russo

docs@russotrustee.com

Bruce C. Truesdale

on behalf of Debtor Marilyn Sentmanat brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4