UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue - Suite 1E
Middlesex, NJ  08846
By: Bruce C. Truesdale, P.C. (BC 0928)
Phone:  732-302-9600
Fax: 732-302-9066
Attorney for the Debtor[s]

In Re:

MARILYN SENTMANAT

Case No.:  21-13479

Judge:  MBK

Chapter:  13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  US Bank, NA , creditor,

    A hearing has been scheduled for  February 9, 2022 , at  9AM .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Payment made directly to creditor in the amount of $2754.80 on 2/1/2022

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/2/2022                                    /s/ Marilyn Sentmanat
                                                  Debtor's Signature

Date:                                             
                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*