UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

In Re:
Marilyn Sentmanat
    Debtor.

Case No.: 21-13479-MBK
Chapter: 13
Hearing Date: February 9, 2022
Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion for Relief from Stay re: 2013 Volvo XC60 filed on January 10, 2022 at Docket Entry No. 30

Date: 2/9/2022

/s/ Harold Kaplan
Signature

rev.8/1/15