| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| BRUCE C. TRUESDALE, P.C. |
| 147 Union Avenue - Suite 1E |
| Middlesex, NJ 08846 |
| By: Bruce C. Truesdale, P.C. (BT 0928) |
| Phone: 732-302-9600 |
| Fax: 732-302-9066 |
| Attorney for the Debtor[s] |

Order Filed on March 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARILYN SENTMANAT

Case No.: 21-13479

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq_____, the applicant, is allowed a fee of $ _____475_____ for services rendered and expenses in the amount of $_____19.16_____ for a total of $_____494.16_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____684_____ per month for _____51_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*