| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-13479 / MBK**

Marilyn Sentmanat

Petition Filed Date: 04/28/2021
341 Hearing Date: 05/27/2021
Confirmation Date: 08/25/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $674.00 | 82150090 | 02/28/2022 | $674.00 | 83038940 | 03/04/2022 | $674.00 | 83201950 |
| 04/26/2022 | $684.00 | 84244900 | 05/23/2022 | $684.00 | 84791080 | 06/21/2022 | $684.00 | 85370150 |
| 07/18/2022 | $684.00 | 85929460 | 08/04/2022 | $684.00 | 86298700 | 09/09/2022 | $684.00 | 86992420 |
| 10/12/2022 | $684.00 | 87637470 | 11/14/2022 | $684.00 | 88218250 | 01/04/2023 | $1,368.00 | 89148690 |
| 02/01/2023 | $684.00 | 89714200 | 02/27/2023 | $684.00 | 90213520 | | | |

**Total Receipts for the Period: $10,230.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,526.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marilyn Sentmanat | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq. | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,611.72 | $0.00 | $13,611.72 |
| 2 | FCC Finance, LLC<br>»» UCC FILING/CRAM | Secured Creditors | $6,376.59 | $6,242.60 | $133.99 |
| 3 | WELLS FARGO BANK, NA | Unsecured Creditors | $9,656.51 | $0.00 | $9,656.51 |
| 4 | QUICKEN LOANS, LLC<br>»» P/36 BURNHAM DR/1ST MTG/ORDER 6/27/21 | Mortgage Arrears | $3,752.32 | $3,673.47 | $78.85 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $4,393.85 | $0.00 | $4,393.85 |
| 6 | U.S. BANK NATIONAL ASSOCIATION<br>»» 2013 VOLVO XC60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,362.06 | $0.00 | $5,362.06 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $3,009.06 | $0.00 | $3,009.06 |
| 9 | Middlesex Emergency Physicians, PA | Unsecured Creditors | $2,144.34 | $0.00 | $2,144.34 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $546.47 | $0.00 | $546.47 |
| 11 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,517.13 | $0.00 | $3,517.13 |
| 12 | REGIONS BANK | Unsecured Creditors | $23,953.32 | $0.00 | $23,953.32 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $240.29 | $0.00 | $240.29 |
| 14 | GREENSKY, LLC.<br>»» POWER HOME REMODELING | Unsecured Creditors | $15,802.78 | $0.00 | $15,802.78 |
| 15 | OVATION SALES FINANCE TRUST | Unsecured Creditors | $2,019.70 | $0.00 | $2,019.70 |

**Chapter 13 Case No. 21-13479 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  THE TILE SHOP | Unsecured Creditors | $2,554.22 | $0.00 | $2,554.22 |
| 17 | ECMC<br>»»  NAVIENT/ O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»»  ORDER 3/3/22 | Attorney Fees | $494.16 | $494.16 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,526.00 | Plan Balance: | $25,367.00 ** |
| Paid to Claims: | $13,660.23 | Current Monthly Payment: | $684.00 |
| Paid to Trustee: | $1,231.02 | Arrearages: | $0.00 |
| Funds on Hand: | $634.75 | Total Plan Base: | $40,893.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.