| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-13479 / MBK**

Marilyn Sentmanat

Petition Filed Date: 04/28/2021
341 Hearing Date: 05/27/2021
Confirmation Date: 08/25/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,368.00 | 89148690 | 02/01/2023 | $684.00 | 89714200 | 02/27/2023 | $684.00 | 90213520 |
| 03/31/2023 | $684.00 | 90831540 | 05/05/2023 | $684.00 | 91523680 | 06/12/2023 | $684.00 | 92187010 |
| 07/18/2023 | $684.00 | 92761720 | 08/14/2023 | $684.00 | 93211170 | 08/31/2023 | $684.00 | 93549480 |
| 10/04/2023 | $684.00 | 94162880 | 11/02/2023 | $684.00 | 94588530 | 12/04/2023 | $684.00 | 95140130 |
| 01/05/2024 | $684.00 | 95649770 | | | | | | |

**Total Receipts for the Period: $9,576.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,366.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marilyn Sentmanat | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq. | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,611.72 | $880.49 | $12,731.23 |
| 2 | FCC Finance, LLC<br>»» UCC FILING/CRAM | Secured Creditors | $6,376.59 | $6,376.59 | $0.00 |
| 3 | WELLS FARGO BANK, NA | Unsecured Creditors | $9,656.51 | $624.64 | $9,031.87 |
| 4 | QUICKEN LOANS, LLC<br>»» P/36 BURNHAM DR/1ST MTG/ORDER 6/27/21 | Mortgage Arrears | $3,752.32 | $3,752.32 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $4,393.85 | $284.22 | $4,109.63 |
| 6 | U.S. BANK NATIONAL ASSOCIATION<br>»» 2013 VOLVO XC60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,362.06 | $346.85 | $5,015.21 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $3,009.06 | $194.65 | $2,814.41 |
| 9 | Middlesex Emergency Physicians, PA | Unsecured Creditors | $2,144.34 | $138.70 | $2,005.64 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $546.47 | $35.35 | $511.12 |
| 11 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,517.13 | $227.51 | $3,289.62 |
| 12 | REGIONS BANK | Unsecured Creditors | $23,953.32 | $1,549.47 | $22,403.85 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $240.29 | $15.56 | $224.73 |
| 14 | GREENSKY, LLC.<br>»» POWER HOME REMODELING | Unsecured Creditors | $15,802.78 | $1,022.22 | $14,780.56 |

Chapter 13 Case No. 21-13479 / MBK

| 15 | OVATION SALES FINANCE TRUST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | | No Disbursements: Paid in Full | | | |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» THE TILE SHOP | Unsecured Creditors | $2,554.22 | $165.22 | $2,389.00 |
| 17 | ECMC »» NAVIENT/ O/S PER PLAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: Paid outside | | | |
| 0 | Bruce C. Truesdale, Esq. »» ORDER 3/3/22 | Attorney Fees | $494.16 | $494.16 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,366.00 | Plan Balance: | $18,527.00 ** |
| Paid to Claims: | $19,357.95 | Current Monthly Payment: | $684.00 |
| Paid to Trustee: | $1,753.59 | Arrearages: | $0.00 |
| Funds on Hand: | $1,254.46 | Total Plan Base: | $40,893.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.