| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-13479 / MBK**

Marilyn Sentmanat

Petition Filed Date: 04/28/2021
341 Hearing Date: 05/27/2021
Confirmation Date: 08/25/2021

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | $684.00 | 95649770 | 03/04/2024 | $684.00 | 96632030 | 04/08/2024 | $684.00 | 97251500 |
| 05/03/2024 | $684.00 | 97669020 | 06/04/2024 | $684.00 | 98171720 | 07/11/2024 | $684.00 | 98761450 |
| 08/12/2024 | $684.00 | 99267510 | 09/09/2024 | $684.00 | 99688820 | 10/07/2024 | $684.00 | 10014041 |
| 11/14/2024 | $684.00 | 10072031 | 12/12/2024 | $684.00 | 10115411 | 12/31/2024 | $684.00 | 10140621 |

**Total Receipts for the Period: $8,208.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | CLAIMS AND DISTRIBUTIONS | | | |
| 0 | Marilyn Sentmanat | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq. | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $13,611.72 | $2,012.68 | $11,599.04 |
| 2 | FCC Finance, LLC<br>»» UCC FILING/CRAM | Secured Creditors | $6,376.59 | $6,376.59 | $0.00 |
| 3 | WELLS FARGO BANK, NA | Unsecured Creditors | $9,656.51 | $1,427.85 | $8,228.66 |
| 4 | QUICKEN LOANS, LLC<br>»» P/36 BURNHAM DR/1ST MTG/ORDER 6/27/21 | Mortgage Arrears | $3,752.32 | $3,752.32 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $4,393.85 | $649.69 | $3,744.16 |
| 6 | U.S. BANK NATIONAL ASSOCIATION<br>»» 2013 VOLVO XC60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,362.06 | $792.85 | $4,569.21 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $3,009.06 | $444.93 | $2,564.13 |
| 9 | Middlesex Emergency Physicians, PA | Unsecured Creditors | $2,144.34 | $317.07 | $1,827.27 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $546.47 | $72.74 | $473.73 |
| 11 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,517.13 | $520.06 | $2,997.07 |
| 12 | REGIONS BANK | Unsecured Creditors | $23,953.32 | $3,541.82 | $20,411.50 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $240.29 | $31.98 | $208.31 |
| 14 | GREENSKY, LLC.<br>»» POWER HOME REMODELING | Unsecured Creditors | $15,802.78 | $2,336.65 | $13,466.13 |
| 15 | OVATION SALES FINANCE TRUST<br>No Disbursements: Paid in Full | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13479 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE TILE SHOP | Unsecured Creditors | $2,554.22 | $377.67 | $2,176.55 |
| 17 | ECMC<br>»» NAVIENT/ O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ORDER 3/3/22 | Attorney Fees | $494.16 | $494.16 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,890.00 | Plan Balance: | $11,003.00 ** |
| Paid to Claims: | $26,399.06 | Current Monthly Payment: | $684.00 |
| Paid to Trustee: | $2,227.60 | Arrearages: | $684.00 |
| Funds on Hand: | $1,263.34 | Total Plan Base: | $40,893.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**