Certificate Number: 13858-NJ-DE-040790329

Bankruptcy Case Number: 21-13479



13858-NJ-DE-040790329

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2026, at 8:46 o'clock PM EDT, Marilyn Sentmanat completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 29, 2026                    By:     /s/Shauna B. Curtsinger

Name:   Shauna B. Curtsinger

Title:   Counselor