**Information to identify the case:**

Debtor 1 Marilyn Sentmanat — Social Security number or ITIN xxx–xx–7229
First Name Middle Name Last Name — EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) — First Name Middle Name Last Name — Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court District of New Jersey

Case number: 21–13479–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marilyn Sentmanat

9/11/26

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-13479-MBK
Marilyn Sentmanat Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Sep 11, 2026 Form ID: 3180W Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn Sentmanat, 36 Burnham Drive, Fords, NJ 08863-1044 |
| 519195255 | + | Comenity CB/ Tile Shop, PO Box 182120, Columbus, OH 43218-2120 |
| 519195257 | + | Edison Metuchen Ortho Group, 10 Parsonage Road, Ste 500, PO Box 538, Edison, NJ 08837-2475 |
| 519195258 | + | FCC Finance LLC, 17000 N Dallas Parkway, Suite 120, Dallas, TX 75248-1944 |
| 519195260 | + | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 519195259 | + | Hospital Associates, Inc, Po Box 4363, Warren, NJ 07059-0363 |
| 519195263 | + | Middlesex Emergency Physicians, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519248698 | + | Ovation Sales Finance Trust, Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 519195268 | | SoFi Lending Corp. Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519195271 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Sep 11 2026 21:36:00 | Team Health, 265 Brookview Centre Way, Knoxville, TN 37919 |
| 519195252 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 21:44:13 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519217571 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 21:44:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519195253 | + | EDI: BANKAMER | Sep 12 2026 01:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519237897 | + | EDI: BANKAMER2 | Sep 12 2026 01:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519247069 | | EDI: CITICORP | Sep 12 2026 01:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519195262 | | EDI: CITICORP | Sep 12 2026 01:03:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519203899 | | EDI: DISCOVER | Sep 12 2026 01:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519195256 | + | EDI: DISCOVER | Sep 12 2026 01:03:00 | Discover Financial Serv, LLC, Po Box 15316, Wilmington, DE 19850-5316 |
| 519254579 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 11 2026 21:37:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519205941 | + | Email/Text: csr@fccfinance.com | Sep 11 2026 21:36:00 | FCC Finance LLC, as servicer for, WF Hil 2017-2 Grantor Trust, PO Box 795489, Dallas, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75379-5489 |
| 519248679 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 11 2026 21:37:00 | Greensky,LLC, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 519248473 | | EDI: JEFFERSONCAP.COM | Sep 12 2026 01:03:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519195261 | + | EDI: JPMORGANCHASE | Sep 12 2026 01:03:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519229824 | + | Email/Text: RASEBN@raslg.com | Sep 11 2026 21:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519240839 | | Email/Text: BNCnotices@dcmservices.com | Sep 11 2026 21:36:00 | Middlesex Emergency Physicians, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 519195264 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 11 2026 21:44:27 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 519241280 | | EDI: PRA.COM | Sep 12 2026 01:03:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519248867 | | EDI: Q3G.COM | Sep 12 2026 01:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519195265 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 21:37:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519213216 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 11 2026 21:37:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519195266 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 11 2026 21:37:00 | Regions Bank/Greensky, 1797 N East Expy NE, Atlanta, GA 30329-7803 |
| 519195267 | + | Email/Text: servicing@svcfin.com | Sep 11 2026 21:36:00 | Service Finance Company LLC, 555 S Federal Hwy, Suite 20, Boca Raton, FL 33432-6033 |
| 519195269 | + | EDI: SYNC | Sep 12 2026 01:03:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519195270 | + | EDI: SYNC | Sep 12 2026 01:03:00 | Syncb/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 519197056 | + | EDI: PRA.COM | Sep 12 2026 01:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519195272 | + | EDI: CITICORP | Sep 12 2026 01:03:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519228089 | | EDI: USBANKARS.COM | Sep 12 2026 01:03:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519195273 | | EDI: USBANKARS.COM | Sep 12 2026 01:03:00 | US Bank, Po Box 790179, Saint Louis, MO 63179 |
| 519213146 | | EDI: WFCCSBK | Sep 12 2026 01:03:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519195274 | + | EDI: WFHOME | Sep 12 2026 01:03:00 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| 519195254 | | Bruce C. Truesdale, P.C., 147 Union Avenue, Suite 1E |
| 519247679 | * | SoFi Lending Corp. Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Marilyn Sentmanat brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Harold N. Kaplan | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com kimwilson@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8